FILED
CLERK, U.S. DISTRICT COURT
JAN 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     vs.                     )<br>                             )<br> *Santell Franklin*          )<br>                             )<br>            Defendant.       )<br>_____) | Case No.: CR 97-00714-AHM<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __C.D.Cal__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __absence of personal/background information__

1  *re contacts, employment, sureties, etc; nature of*
2  *current allegations and previous failures to*
3  *comply with release conditions*
4  and/or
5  B. (✓) The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: *nature of current allegations; prior violations,*
10 *prior criminal record*
11
12
13
14 IT THEREFORE IS ORDERED that the defendant be detained *without prejudice* pending
15 the further revocation proceedings.
16
17 Dated: *Jan. 22, 2008*
18
19                                       *Carla M. Woehrle*
                                          CARLA M. WOEHRLE
20                                        UNITES STATES MAGISTRATE JUDGE